**1008**

In the Matter of Eugene HERRMANN, Bankrupt.

No. 6826.

Circuit Court of Appeals, Sixth Circuit.
June 29, 1934.

Laurence A. Price, of Detroit, Mich., for appellant.

Edw. E. Trotman, of Detroit, Mich., for appellee.

PER CURIAM.

Docketed and dismissed pursuant to stipulation.

Sam HOWARD, Trustee In Bankruptcy of the ESTATE OF G. H. CROSS COMPANY, Appellant, v. Jonathan R. FIELD et al., Appellee.

No. 7347.

Circuit Court of Appeals, Ninth Circuit.
June 4, 1934.

Sam S. Griffin and W. H. Langroise, both of Boise, Idaho, for appellant.

Frank T. Wyman and C. S. Hunter, both of Boise, Idaho, for appellees.

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal allowed by the District Court of Idaho, and appeal allowed under section 24b of the Bankruptcy Act

(11 USCA § 47b) by this court dismissed, judgment of dismissal filed and entered accordingly; mandate forthwith.

F. C. HUBBELL, Petitioner, v. Guy T. HELVERING, Commissioner of Internal Revenue.

No. 9791.

Circuit Court of Appeals, Eighth Circuit.
May 18, 1934.

J. G. Gamble and J. F. Rosenfield, both of Des Moines, Iowa, for petitioner.

Pat Malloy, Sp. Atty., Bureau of Internal Revenue, of Washington, D. C., and Sewall Key, Sp. Asst. to Atty. Gen., for respondent.

PER CURIAM.

Order of Board of Tax Appeals reversed, and cause remanded for proceedings in accordance with opinion filed in case No. 9790 in this court April 12, 1934. 70 F.(2d) 668.

Frank HUNTER v. Fred B. ZERBST, Warden of the United States Penitentiary at Leavenworth, Kansas.

No. 1097.

Circuit Court of Appeals, Tenth Circuit.
May 17, 1934.

Luther Burns, of Topeka, Kan., for appellant.

S. S. Alexander, U. S. Atty., of Topeka, Kan., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed for want of merit.